IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

In re:  )
    HENRYK GUSTAB,  )
  )  Case No. 12 B 21544
    and  )  Chapter 13
  )  Judge Jack B. Schmetterer
    WLADYSLAWA GUSTAB,  )  Trustee: Tom Vaughn
  )
              Debtors.  )

---

    HENRYK GUSTAB,  )
  )
    and  )
  )
    WLADYSLAWA GUSTAB,  )
  )  ADV. NO. 12-AP-01110
              Plaintiffs,  )
    v.  )
  )
    BANK OF AMERICA, N.A.  )
  )
    and  )
  )
    REAL TIME RESOLUTIONS, Inc.,  )
  )
              Defendants.  )

## FINDINGS OF FACT

### A. The Parties

1. The Plaintiffs are **HENRYK GUSTAB** and **WLADYSLAW GUSTAB**.

2. The Defendants are **BANK OF AMERICA, N.A.** and **REAL TIME RESOLUTIONS, Inc.**

### B. Factual Background

1. On May 28, 2012, Plaintiffs' filed a petition for relief under Chapter 13 of the

1

U.S. Bankruptcy Code.

2. The Plaintiffs own the real estate commonly known as 7807 Melvina Avenue, Burbank, Illinois 60459.

3. **BANK OF AMERICA, N.A.** holds a first mortgage lien on the real property commonly known as 7807 Melvina Avenue, Burbank, Illinois 60459, with a secured claim of approximately $194,497.64, pursuant to **BANK OF AMERICA, N.A.** mortgage statement received by Plaintiffs, a few days after their bankruptcy was filed, and a proof of claim filed by the Defendant, **BANK OF AMERICA, N.A.** on July 19, 2012.

4. Defendant, **BANK OF AMERICA, N.A.** and Defendant, **REAL TIME RESOLUTIONS, Inc.** hold a second mortgage lien on the real property commonly known as 7807 Melvina Avenue, Burbank, Illinois 60459, ("the real estate") with a secured claim of approximately $25,672.98 pursuant to Defendant's proof of claim filed on June 1, 2012.

5. A fair market value estimate found at www.zillow.com values the real estate at $137,600.00.

6. The first secured claim of **BANK OF AMERICA, N.A.** in the amount of $194,497.64 exhausts the value and equity in the aforesaid real estate.

7. There is no value and equity to support the claim of the Defendants.

8. On July 17, 2012, Plaintiffs filed and issued a summons and complaint pursuant to 11 U.S.C. 506(a) and Bankruptcy Rule 3012 to determine the validity of Defendants' lien on Plaintiffs' real estate, commonly known as 7807 Melvina Avenue, Burbank, Illinois 60459.

9. On July 17, 2012, a copy of the summons and complaint was served in accordance

with the Federal Rules of the Bankruptcy Procedure by certified U.S. Mail, postage prepaid upon the Brian Moynihan, CEO of Bank of America, N.A. and Eric C. Green, CEO of Real Time Resolutions, Inc.

10. The summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

11. No evidence has been presented to challenge the value of the real estate, or the validity of the secured claim that holds priority over the second mortgage lien.

ENTER:

Date: 10/2/12

United States Bankruptcy Court Judge

OCT 0 2 2012

Prepared by counsel of Plaintiffs:

Christine R. Piesiecki
9800 S. Roberts Road, Suite 205
Palos Hills, IL 60465
(708) 233-6833

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|     HENRYK GUSTAB, | ) | |
| | ) | Case No. 12 B 21544 |
|     and | ) | Chapter 13 |
| | ) | Judge Jack B. Schmetterer |
|     WLADYSLAWA GUSTAB, | ) | Trustee: Tom Vaughn |
| | ) | |
|         Debtors. | ) | |
| | | |
| HENRYK GUSTAB, | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| WLADYSLAWA GUSTAB, | ) | |
| | ) | ADV. NO. 12-AP-01110 |
|         Plaintiffs, | ) | |
|     v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| REAL TIME RESOLUTIONS, Inc., | ) | |
| | ) | |
|         Defendants. | ) | |

## CONCLUSIONS OF LAW

### A. Jurisidiction

1. This is a core proceeding pursuant to 28 U.S.C 157(b)(2)(K). This Court has jurisdiction over this matter pursuant to 28 U.S.C. 157(a) and 1334(b).

2. Venue is proper in this district pursuant to U.S.C. Section 1409.

### B. Argument

1. This action was initiated under 11 U.S.C. 506(a) and Federal Rule of Bankruptcy

Procedure 3012.

2. **BANK OF AMERICA N.A** holds a first mortgage lien on the real estate commonly known as 7807 Melvina Avenue, Burbank, Illinois 60459, with a secured claim of $194,497.64.

3. Defendant, **BANK OF AMERICA, N.A.** and Defendant, **REAL TIME RESOLUTIONS, Inc.** hold a second mortgage lien on the said real estate in the amount of $25,672.98. Said claim is second in priority to the first mortgage lien.

4. The value of Plaintiffs' aforesaid real estate is $137,600.00 based on a fair market value estimate found on www.zillow.com.

5. As there is no value or equity to support the second priority lien of the Defendants, its claim is not a claim secured at all by a secured interest in the Debtors' residence, as the term is used in Section 1322(b) of the Bankruptcy Code. The Chapter 13 Plan may value the collateral under Federal Rule of Bankruptcy Procedure 3012, and determine the respective rights of secured creditors through the language used therein, contingent on confirmation thereof, completion of the Plan by the Debtors, and entry of the discharge. *In re. Meyer*, 2009 B 20268, Docket Entry 69 (Bankr.N.D.Ill. January 29, 2010).

ENTER:

Date: 10/2/12

United States Bankruptcy Court Judge

OCT 0 2 2012

Prepared by counsel of Plaintiffs:

Christine R. Piesiecki
9800 S. Roberts Road, Suite 205
Palos Hills, IL  60465
(708) 233-6833

2